# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ELDORSE HORIGORDE MLISCOGEN #A209100411**

CASE NO. 6:19-CV-00523 SEC P

**VERSUS**

JUDGE SUMMERHAYS

**PINE PRAIRIE I C E PROCESSING CENTER**

MAGISTRATE JUDGE WHITEHURST

## MEMORANDUM ORDER

Pending before this Court is a Motion to Claim Economic Damage filed by Pro se petitioner Eldorse Horigorde Mliscogen. [Rec. Doc. 10] This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of the Court. For the following reasons the Motion to Claim Economic Damage is **DENIED**.

### *Background*

Petitioner is an ICE detainee, currently being held at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana. On April 8, 2019, he filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, in the Middle District of Tennessee, which was transferred to this Court on April 24, 2019, and is currently pending. On May 7, 2019, he filed the instant Motion to Claim Economic Damage. [Rec. Doc. 10] He asks this Court to award him monetary damages in the amount of $440,500.00, which he claims he sustained as a result of his unlawful detention.

## Law and Analysis

Petitioner's request for monetary relief cannot be properly asserted in this habeas proceeding. *Rice v. Louisiana*, 2014 U.S. Dist. LEXIS 85052 (W.D. La. 2004) (*citing Preiser v. Rodriguez*, 411 U.S. 475, 494; *Powell v. Warden, Avoyelles Corr. Center,* No., 2013 U.S. Dist. LEXIS 99489, 2013 WL 3778887, at *8 (W.D. La. Jul. 15, 2013) (citing 28 U.S.C. § 2254)). "In the case of a damages claim, habeas corpus is not an appropriate or available federal remedy." *Preiser*, 411 U.S. at 494. Even in the Section 1983 context, the Supreme Court has made clear that "in order to recover damages for allegedly unconstitutional conviction or imprisonment . . . plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254." *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

Accordingly, Petitioner's Motion to Claim Economic Damage [Rec. Doc. 10] is **DENIED**.

THUS DONE in Chambers on this 1st day of July, 2019.

**Carol B. Whitehurst**
**United States Magistrate Judge**