# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ELDORSE HORIGORDE MLISCOGEN #A209100411**　　　　　CASE NO. 6:19-CV-00523 SEC P

**VERSUS**　　　　　JUDGE SUMMERHAYS

**PINE PRAIRIE I C E PROCESSING CENTER**　　MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and LR41.3W.

THUS DONE in Chambers on this 13th day of September, 2019

Robert R. Summerhays
United States District Judge